Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
YOLANDA FULTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FULTON, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No. 5:19-cv-00684-SVW-SP <br><br> Honerable Judge Stephen V. Wilson <br><br> **NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff YOLANDA FULTON notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 26th day of July 2019.

- 1 -

NOTICE OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
YOLANDA FULTON

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I certify that on July 26, 2019 I filed Plaintiff YOLANDA FULTON'S Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century park East, Suite 800
Los Angeles, CA 90067-2909
T: (424) 204-4400
F: (424) 204-4350
E: sassom@ballardspahr.com

                                              */s/ Jeremy E. Branch*
                                              Jeremy E. Branch (CA Bar # 303240)
                                              The Law Offices of Jeffrey Lohman, P.C.
                                              4740 Green River Road, Suite 310
                                              Corona, CA 92880
                                              T: (866) 329-9217
                                              F: (657) 246-1312
                                              E: JeremyB@jlohman.com
                                              Attorney for Plaintiff,
                                              YOLANDA FULTON